B. Otis Felder, Esq., (SBN 177628)
*CSB Certified Admiralty & Maritime Specialist*
Vladyslava Turner, Esq. (SBN 320856)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Otis.Felder@wilsonelser.com
Vladyslava.Turner@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation*
*Tahoe Premier Recreation Rentals, LLC.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

<u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION of Tahoe Premier Recreation Rentals, LLC. as owner of a motor vessel, a certain 2003 Crownline 230, HIN: JTC48987I203 FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioner and Plaintiff-in-Limitation | Case No.  2:26-cv-00569-JAM-SCR<br><br>Hon. John A. Mendez<br>Senior U.S. District Court Judge<br><br>**ORDER APPROVING STIPULATION FOR VALUE AND LETTER OF UNDERTAKING, DIRECTING CLAIMANTS TO FILE AND MAKE PROOF OF CLAIMS, DIRECTING THE ISSUANCE OF MONITION, AND RESTRAINING PROSECUTION OF CLAIMS** |

WHEREAS, Petitioner and Plaintiff-in-Limitation, TAHOE PREMIER RECREATION RENTALS, LLC ("Petitioner"), as owner of certain 2003 Crownline 230 (hereinafter "the Vessel"), has filed a Complaint on February 23, 2026, pursuant to the Limitation of Liability Act ("LOLA") 46 U.S.C. §§ 30501, *et seq*., and Supplemental Admiralty Rule F, claiming the right to exoneration from, or alternatively, limitation of liability for, all claims arising out of a claimed incident that occurred upon a upon the navigable waters of the United State, and on considering the Complaint and Stipulation for Value of the Vessel, which are on file, stating the value of the Vessel to be estimated as $8,000 and provided security for $1,000 as required by Local Rule 520(b) and Fed. R. Civ. P. Supp. F(1);

1

ORDER

**IT IS HEREBY ORDERED** that the Court approves the stipulation for value and the security in the form of the letter of undertaking filed in this action (See Complaint of Dammers, *et al.*, 836 F.2d 750, 753, n.2 (2d Cir. 1988)); and it is further

**ORDERED** that a Monition issue against all persons having such claims for any and all losses, personal injuries, destruction of property, as alleged in Petitioner's Complaint for Exoneration from or Limitation of Liability must file them as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, Mr. Keith Holland, United States District Court, Eastern District of California, Robert T. Matsui U.S. Courthouse, 501 I Street, Suite 4-200, Sacramento, CA 95814 and mail copies to Petitioner's attorneys, B. Otis Felder, Esq., WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 655 Montgomery Street, Suite 900, San Francisco, CA 94111, on or before the 1st of June 2026 or be defaulted and forever barred from such a claim. Any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's original Complaint and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney; and it is further

**ORDERED**, that public notice of the Monition be given by publication in a newspaper published in the Eastern District of California, such publication in said papers to be for at least four successive weeks before the return date of this Order demanding the presentation of all claims against Petitioner as well as that Petitioner give notice as to counsel for any known claimants; and it is further

/ / /

/ / /

/ / /

/ / /

/ / /

2

ORDER

**ORDERED**, that the beginning or continued prosecution of any and all suits, actions, or legal proceedings of any nature or description whatsoever, except in the present proceeding, in respect of any claim arising out of, consequent upon, or in connection with the aforesaid incident involving the Vessel, described in the Complaint for Exoneration from or Limitation of Liability, are hereby stayed and restrained until the hearing and termination of this proceeding.

**IT IS SO ORDERED**.

Dated: April 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3

ORDER