B. Otis Felder, Esq., (SBN 177628)
*CSB Certified Admiralty & Maritime Specialist*
Vladyslava Turner, Esq. (SBN 320856)
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Otis.Felder@wilsonelser.com
Vladyslava.Turner@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation*
*Tahoe Premier Recreation Rentals, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## <u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION of Tahoe Premier Recreation Rentals, LLC. as owner of a motor vessel, a certain 2003 Crownline 230, HIN: JTC48987I203 FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioner and Plaintiff-in-Limitation | Case No.  2:26-cv-00569-JAM-SCR<br><br> Hon. John A. Mendez<br><br>**STIPULATION AND ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |

COME NOW Petitioner, TAHOE PREMIER RECREATION RENTALS, LLC ("Petitioner"), as owner of certain 2003 Crownline 230 ("the Vessel"), by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Respondent and Counter Claimant TINA LIANG  ("Respondent"), by and through her counsel of record, Venardi Zurada LLP and McGuinn, Hillsman, & Palefsky, APC, and stipulate, pursuant to Fed. R. Civ. P., Rule 6(b)(1)(A), LR 230(f), and the Court's Civil Standing Order (ECF No. 7-2), for an Order continuing the response by Petitioner to Respondent's Motion (ECF No. 15), presently set for hearing July 14, 2026, so as to permit Respondent to refile her motion with amended points and authorities and Respondent to also file a countermotion to dismiss as follows:

(1) Respondent's Opening Brief to be filed on or before **June 26, 2026**;

(2) Petitioner's Opposition and Cross-Motion to Dismiss Claim to be filed on or before **July 10, 2026**;

(3) Respondent's Reply and Opposition to be filed on or before **July 24, 2026**;

(4) Petitioner's Reply no later than **August 7, 2026**.

The parties further stipulate that the Court continue the July 14, 2026 hearing so as to be heard **Tuesday, August 25, 2026** at **1:00 p.m**. or at a date and time convenient for the Court.

So stipulated and respectfully submitted this 16th day of June 2026,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____

B. Otis Felder, Esq.
*Attorney for Petitioner and Plaintiff-in-Limitation* TAHOE PREMIER RECREATION RENTALS, LLC

So stipulated and respectfully submitted this 16th day of June 2026,

VENARDI ZURADA LLP

McGUINN, HILLSMAN & PALEFSKY

By:__/s/ Mark Venardi___
Mark Venardi
*Attorney for Respondent and Counter-Claimant* TINA LIANG

## ORDER

Based on the stipulation of the parties and for good cause, the Court **APPROVES** the following briefing schedule:

(1) Liang's Opening Brief to be filed on or before **June 26, 2026**;

(2) Tahoe Premier Recreation Rentals, LLC's Opposition and Cross-Motion to Dismiss Claim to be filed on

or before **July 10, 2026**;

(3) Liang's Reply and Opposition to be filed on or before **July 24, 2026**; and

(4) Tahoe Premier Recreation Rentals, LLC's Reply no later than **August 07, 2026**.

The July 14, 2026 hearing is **CONTINUED** to **Tuesday, August 25, 2026** at **1:00 p.m**.

IT IS SO ORDERED.

Dated: June 24, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER